25 Dec 2014

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Anton. Tx 78205

Trial Court          Appeal No.
No. 307125    —    04-14-00555 CR
Incorrectly filed papers
RE: Appellant's Affirmative written obj.

Robert Martinez, Pro Se
TDCJ ID No. 193/397
BLADC SID No. 327074
206 N. Comal
San Anto., Tx 78207

VIA U.S MAIL

Greetings:

On 12-17-18, I received your letter dated Dec. 8, 17 where you state:

"The Appellants Affirmative Written Objection in the above styled and numbered cause this date been received).

Please Note:
your letter indicates such was for case No. Court of Appeals # 04-14-0041-CR
Trial Court Case # 2013-CR-6698

The Affirmative Written Objection are for case No.
Court of Appeals # 04-14-00555-CR
Trial Court No. 307125

Therefore papers filed in the wrong case. Please correct And make such Notice to the Courts.

Additionally, please Allow this to serve As Notice there exist in case No 387125 a Serious Conflict of Interest between Atty. Edward F. Shaughnessy III And myself. I have made Notice to him And Demanded he remove/withdraw from my case. If I Am to be forced to be represented by him Again I will choose Self-representation.

Respectfully submitted
In Hoc

cc: file
UNsworn Declaration

Page 2

## UNSWORN DECLARATION BY INMATE

I, Robert Martinez , SID 327074, TDCJ ID No 1931397

Pro Se, Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 25 day of December ,2014.

_____
Defendant

Legal Mail

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Anto, Tx 78205

neopost
12/26/2014
US POSTAGE $000.48⁰

FIRST-CLASS MAIL

ZIP 78005
041M12250025